UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO RIVERA, | ) | CIV F 05 0038 REC LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #8) |
| | ) | |
| B. REES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On April 19, 2005, plaintiff filed a motion to extend time to pay the filing fee of $150. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to pay the $150 filing fee.

IT IS SO ORDERED.

**Dated:    April 20, 2005**            /s/ Lawrence J. O'Neill
i0d3h8                                               UNITED STATES MAGISTRATE JUDGE