UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RIVERA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN REES, et al.,<br><br>        Defendants. | 1:05-cv-00038-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11), **DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Doc. 1), **AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

    Plaintiff Gerardo Rivera ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 22, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, was to be filed within thirty days.  After obtaining an extension of time, plaintiff filed an objection to the Magistrate Judge's Findings and

1

Recommendations on April 18, 2006.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 22, 2006, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for failure to state any claims upon which relief may be granted under section 1983; and

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  May 10, 2006**                              /s/ Robert E. Coyle
668554                                        UNITED STATES DISTRICT JUDGE

2